UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Arthur Seal,

    Petitioner,

        v.                          Case No.  1:16cv392

Warden, London Correctional
Institution,                       Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 31, 2016 (Doc. 7).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 7) of the Magistrate Judge is hereby **ADOPTED.** Petitioner's Unopposed Motion to Stay and Abeyance (Doc. 2) is **GRANTED** and this matter is terminated from the docket of this Court. The stay is conditioned on Petitioner's filing a motion to reinstate the case on the Court's active docket within 30 days after a final decision is entered in the appeal from the denial of Petitioner's motion for new trial that is currently pending before the Ohio Court of

Appeals, or in any subsequent appeal to the Ohio Supreme Court.

**IT IS SO ORDERED.**

                                           *s/Michael R. Barrett*
                                           Michael R. Barrett
                                           United States District Judge